

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00037-CV
_____

IN THE MATTER OF T.S., A JUVENILE

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 5112

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.


Scott E. Stevens
Justice


Date Submitted:     October 5, 2022
Date Decided:       October 6, 2022

2